AO 91 (Rev. 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

# United States District Court

JAN - 4 2019

SOUTHERN              DISTRICT OF              TEXAS       David J. Bradley, Clerk
                      McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Jose Luis Gonzalez-Segundo

AKA: Mauro Gonzalez

            IAE       YOB:     1961
            Mexico
(Name and Address of Defendant)

# CRIMINAL COMPLAINT

Case Number:     M-19-0023-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____January 3, 2019_____ in ___Hidalgo___ County, in

the _____Southern_____ District of _____Texas_____
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title ____8____ United States Code, Section(s) ____1326____ (Felony)

I further state that I am a(n) __Senior Patrol Agent__ and that this complaint is based on the following facts:

Jose Luis Gonzalez-Segundo was encountered by Border Patrol Agents near Hidalgo, Texas on January 3, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 3, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on December 21, 2018 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On November 27, 2012, the defendant was convicted of 8 USC 1326 Being found in the U.S. after previous deportation and was sentenced to seventy seven (77) months confinement.

Continued on the attached sheet and made a part of this complaint:     [ ] Yes  [X] No

Approved by Robert Guerra
AUSA

Sworn to before me and subscribed in my presence,

            8:49 a m

January 4, 2019

Signature of Complainant

Mickel Gonzalez          Senior Patrol Agent

Peter E. Ormsby                , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer